**Order entered February 17, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00206-CV

**MCKINNEY AVENUE PROPERTIES NO. 2, LTD., Appellant**

**V.**

**BRANCH BANK AND TRUST COMPANY, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-10-08500-B**

## ORDER

Appellant McKinney Avenue Properties No. 2, Ltd.'s February 17, 2015 Motion

Requesting Audio Recording of Oral Argument is **DENIED**.


/s/    MOLLY FRANCIS
       PRESIDING JUSTICE